IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN FIORE | CIVIL ACTION |
| v. | No. 09-4247 |
| CITY OF BETHLEHEM, et al. | |

**ORDER**

AND NOW, this 30th day of March, 2011, it is ORDERED Defendants' Motion for Partial Summary Judgment (Document 13) is GRANTED. Judgment is entered in favor of Defendants and against Plaintiff John Fiore on Counts I, II, III, IV, VI, and VIII[1] of the Complaint.

BY THE COURT:

Juan R. Sánchez, J.

---

[1] In their Motion, Defendants misidentify Plaintiff's Pennsylvania law abuse of process claim as Count VII.